# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:17-cr-47-Orl-31GJK**

**MATTHEW MIKA**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT** | KARA MARIE WICK |
| **DEPUTY CLERK:** | Lisa Maurey | **COUNSEL FOR DEFENDANT:** | H. KYLE FLETCHER |
| **COURT REPORTER:** | Amie First | **PROBATION:** | Karmen Coates |
| **SCHEDULED DATE/TIME:** | October 10, 2017, 1:30 PM | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Defendant makes a statement to the Court.

**MOTION** for forfeiture money judgment (Doc. 22) is **GRANTED**. Order to enter.

**SENTENCE IMPOSED as to Count One of the Information.**

**INCARCERATION**: 24 months.

**SUPERVISED RELEASE**: two years. *Special conditions of supervised release:* Mandatory drug testing requirements are waived. Credit conditions imposed. Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION** ordered in the amount of $127,461.06 to United Healthcare, c/o Don Olson, Compliance Investigation Unit, 9700 Health Care Lane, Minnetonka, Minnesota 55343. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim. The defendant shall begin making payments of $500 per month after his release from custody, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule.

**FORFEITURE** ordered per the Money Judgment described above.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on the tenth day following notification by the U.S. Marshal of designation.

The Court recommends to the Bureau of Prisons that the defendant be placed in a facility located in Upstate New York, if appropriate and available.

Defendant advised of right to appeal.

Acknowledgment of Right to Appeal filed in open court.

Time in court: 1:30 p.m. – 1:55 p.m.; Total Time in court: 25 minutes